UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-23046-JB

JOSE MARTINEZ GUADALUPE,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary of
Department of Homeland Security, *et al.*,

     Respondents.

_____/

## ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** comes before the Court upon Petitioner Jose Martinez Guadalupe's Verified Petition for Writ of Habeas Corpus (the "Petition").  ECF No. [1].  Petitioner challenges his immigration detention at the Broward Transitional Center and seeks, among other relief, a bond hearing before an immigration judge or immediate release from custody.  *Id*.  In particular, Petitioner claims he has been wrongfully denied an individualized bond hearing before an immigration judge and seeks a bond hearing pursuant to 8 U.S.C. § 1226(a).  *Id*.  In their Response to the Petition, Respondents argue, *inter alia*, that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2)(A).  ECF No. [8] at 4–10.

The facts and legal arguments of this case are nearly indistinguishable from those considered by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami* wherein the Court held that immigrants like Petitioner are entitled to an individualized bond hearing under § 1226(a).

1

*Hernandez Alvarez,* No. 25-14065, 25-14075, 2026 WL 1243395, at *1–2 (11th Cir. May 6, 2026).  Given *Hernandez Alvarez,* it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Petition, ECF No. [1], is **GRANTED IN PART**. Petitioner falls under 8 U.S.C. § 1226(a), and accordingly, Respondents shall promptly afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner.

2.      Respondents shall, within 24 hours of the bond hearing, file a Status Report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

3.      Any remaining claims in the Petition are **DISMISSED WITHOUT PREJUDICE**.

4.      Any pending motions are **DENIED AS MOOT**.

5.      The      Clerk      is      directed      to      **CLOSE**      this      case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of May, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

2